# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM MUTHEE MUIRURI,  )<br>  )<br>           Petitioner,  )<br>  )<br>-vs-  )<br>  )<br>DON JONES, Warden of Kay County  )<br>Detention Center, et al.,  )<br>  )<br>           Respondents.  ) | NO. CIV-25-1270-HE |

## ORDER

Petitioner William Muthee Muiruri, a Kenyan citizen proceeding through counsel, filed a petition for writ of habeas corpus seeking relief under 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C). As ordered, respondents filed a response to the petition. Although permitted, petitioner did not file a reply. On December 16, 2025, Judge Maxfield issued a Report and Recommendation, recommending the court dismiss the petition without prejudice because (1) the court is without jurisdiction to entertain petitioner's claims regarding a request for a stay from removal, and (2) petitioner does not qualify for a reasonable fear interview under the regulations asserted in the petition.

Petitioner has timely filed an objection to the Report and Recommendation. He challenges Judge Maxfield's recommendation that the court is without jurisdiction to entertain petitioner's claims regarding a request for a stay from removal. In the objection, he also withdraws his request to have a reasonable fear interview.

Pursuant to 28 U.S.C. § 636(b), the court has conducted a de novo review of the matter. Having done so and based on the specific relief sought in the § 2241 petition, the court concurs with Judge Maxfield's recommendation as to the jurisdictional issue, for substantially the reasons stated in the Report and Recommendation. The § 2241 petition will therefore be dismissed without prejudice.[1]

Accordingly, the Report and Recommendation [Doc. #10] is **ADOPTED**. The petition for writ of habeas corpus [Doc. #1] is **DISMISSED WITHOUT PREJUDICE**. In light of the court's ruling, petitioner's emergency motion for temporary restraining order and preliminary injunction [Doc. #14] is **STRICKEN as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 31st day of December, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] In the objection, petitioner also requests leave to clarify or amend his petition. The court concludes that petitioner's request should be denied. See <u>Brooks v. Mentor Worldwide LLC</u>, 985 F.3d 1272, 1283 (10th Cir. 2021) ("[B]are requests for leave to amend do not rise to the status of a motion and do not put the issue before the district court . . . A court need not grant leave to amend when a party fails to file a formal motion.") (quotation marks and citations omitted).